IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOSEPH LAWTON, JR.,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-173

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's January 15, 2020, Report and Recommendation, (doc. 8), to which Plaintiff has filed a "Notice," (doc. 9). In his "notice" plaintiff merely recites that he has been given notice of his opportunity to respond and that he is "being deny [sic] access to the court system." (*Id.*) However, he does nothing to address the Court's concerns with his original complaint or to provide any details about his denial of access to the court at all. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 8), as the opinion of the Court and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 8th day of April, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA