# United States District Court
## Southern District of Georgia

JOSEPH LAWTON, JR.,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: 4:19-cv-173

UNITED STATES OF AMERICA, et al.,

   Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated April 8, 2020, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court, judgment is entered dismissing the Plaintiff's complaint without prejudice. This case stands closed.

Approved by: _____

| April 14, 2020 | John E. Triplett, Acting Clerk |
|---|---|
| *Date* | *Clerk* |

(By) Deputy Clerk