IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOSEPH LAWTON, JR., | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-173 |
| v. | |
| UNITED STATES OF AMERICA; STATE OF GEORGIA; and CHATHAM COUNTY, | |
| Defendants. | |

**O R D E R**

Plaintiff initiated this lawsuit by filing a "Declaration of Status" against various governmental entities. (Doc. 1.) The Magistrate Judge granted him leave to proceed in forma pauperis and, after he returned the requisite forms, screened his claims pursuant to 28 U.S.C. § 1915(e). (See docs. 5–8.) In a well-reasoned Report and Recommendation, the Magistrate Judge found Plaintiff's filings to be frivolous, as they failed to state with any sort of clarity "the ills plaintiff claims to have suffered or indeed whether there is any legal theory supporting recovery for those losses." (Doc. 8, p. 3.) On April 8, 2020, the Court adopted the Report and Recommendation and dismissed the case without prejudice. Judgment was entered on April 14, 2020, and the case was closed. (Doc. 13.) Plaintiff did not file a notice of appeal.

In the years since the case was dismissed, however, Plaintiff has filed various notices and letters bearing the case's civil action number. Plaintiff titled one recent filing "Motion for Default Judgment." (Doc. 20.) The Court has reviewed the filing and cannot decipher what sort of relief Plaintiff seeks or a basis for any relief. For instance, after stating that "all parties was given a copy of Declaration Status of Joseph Lawton . . . [and] [a] declaration not rebutted after

30 days becomes the judgment in commerce acquiescence," Plaintiff concludes his filing by stating, "Declaration ask that the Court be trustee but the private side of the court."  (Id. at p. 2.)

Because Plaintiff filed the motion after the Court dismissed the case and judgment was entered (and, for what it's worth, after the time to file a notice of appeal had expired), the Court **DENIES** any relief that may be requested in the Motion.  (Doc. 20.)

**SO ORDERED** this 17th day of July, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA